```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

EDDIE BROADNAX,                          :
                                         :
    Plaintiff,                           :
                                         :
vs.                                      : Civil Action No.
                                         :    16-0080-CB-M
DR. ILIFF, et al.,                       :
                                         :
    Defendants.                          :

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 14th day of June, 2016.

                                            s/*Charles R. Butler, Jr.*
                                            CHARLES R. BUTLER, JR.
                                            SENIOR UNITED STATES DISTRICT JUDGE